**UNITED STATES DISTRICT COURT**
**DISTRICT OF MINNESOTA**

**BRADLEY THULIEN and**
**TAMARA THULIEN,**

**Plaintiffs,**

**v.**

**U.S. DEPARTMENT OF HOUSING**
**AND URBAN DEVELOPMENT, and**
**TRW REAL ESTATE LOAN SERVICES,**

**Defendants.**

**Civil No. 00-415 (PAM/JGL)**

**O R D E R**

---

JONATHAN LEBEDOFF, United States Magistrate Judge

The above-entitled is before the undersigned Magistrate Judge of District Court on a motion by Plaintiffs Bradley Thulien and Tamara Thulien to amend their Complaint to add Bank of America, FSB, the successor of United Mortgage Corporation, as a Defendant in this matter. In this action the Plaintiffs have claimed that neither the Department of Housing and Urban Development nor its agent TRW Real Estate Services notified Plaintiffs in writing that Lot 31 Riverwood Acre #3 in Washington County, State of Minnesota, was located in a special flood hazard area as defined by the Flood Disaster Protection Act of 1973. In support of their motion to amend their Complaint, the Plaintiffs assert that Bank of America, FSB, the successor of

FILED MAY 9 2000
FRANCIS E. DOSAL, CLERK
JUDGMENT ENTD
DEPUTY CLERK

United Mortgage Corporation, failed to retain a record of the receipt that notified Plaintiffs that the improved real estate they were purchasing was in a special flood hazard area, nor did they provide the Plaintiffs with a description of flood hazard insurance requirements. The Plaintiffs seek a monetary award for damages caused by the Defendants' negligence which inflicted economic duress and emotional distress upon the Plaintiffs.

The Court notes that no Answer has been filed in this matter and, pursuant to Rule 15(a) of the Federal Rules of Civil Procedure, "[a] party may amend the party's pleading once as a matter of course at any time before a responsive pleading is served . . ." Accordingly, since neither of the named Defendants have filed their Answer, Plaintiffs Bradley and Tamara Thulien were not required to seek leave of the Court to amend their Complaint, and their motion will be dismissed as moot for this reason. The Plaintiffs are free to serve and file an Amended Complaint as a matter of course. The Court suggests that the Plaintiffs do so at their earliest convenience and before an Answer is filed. If the Plaintiffs wish to amend their Complaint in the future after the Defendants have answered, then they must seek leave of the Court to amend. See Rule 15(a), Federal Rules of Civil Procedure.

Based on the foregoing, and all the files, records and proceedings

herein,

**IT IS HEREBY ORDERED** that:

1) The motion by Plaintiffs Bradley Thulien and Tamara Thulien to amend their Complaint to add Bank of America, FSB, the successor of United Mortgage Corporation, as a Defendant in this matter (Doc. No. 5) is **DISMISSED AS MOOT** because the Plaintiffs are free to amend their Complaint as a matter of course before an Answer is filed.

May 9, 2000.

JONATHAN LEBEDOFF
United States Magistrate Judge